UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

LUIS GONZALEZ-MARCIAL,
a/k/a ANTONIO MARTINEZ,

        Defendant.

Case No. 25-CR-

**25-CR-081**

[8 U.S.C. §§ 1326(a) & 1326(b)(1)]

---

## INDICTMENT

---

**THE GRAND JURY CHARGES THAT:**

1.     On or about April 11, 2025, in the State and Eastern District of Wisconsin,

**LUIS GONZALEZ-MARCIAL,**
**a/k/a ANTONIO MARTINEZ,**

an alien who previously had been deported and removed from the United States, was found in the United States in Outagamie County, Wisconsin, without having obtained the express consent of the Attorney General of the United States, and her successor, the Secretary of the Department of Homeland Security, for application for re-admission into the United States.

2.     The defendant previously was ordered removed from the United States and was physically removed to Mexico on two prior occasions, namely on or about May 25, 2012, and July 26, 2013.

3.     The defendant's previous removal on July 26, 2013, from the United States was subsequent to a conviction for a felony.

In violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(1).

A TRUE BILL:

████████████████████████████

~~FOREPERSON~~

Date: 5|6|2025

RICHARD G. FROHLING
Acting United States Attorney

Case 1:25-cr-00081-BBC    Filed 05/06/25    Page 2 of 2    Document 12